# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| Linda D. Smith, ) | |
| ) | Civil Action No.: 1:17-cv-01887-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Nancy A. Berryhill, Acting Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court upon motion of Linda Smith ("Plaintiff"), through her attorney, William Blake Cummings ("Counsel"), for an award of $5,703.05 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. This Motion was filed on July 16, 2018. (ECF No. 22.) In a Stipulation filed July 23, 2018, both parties agreed to stipulate that an award of $5,400.00 is reasonable. (ECF No. 23.) The court has reviewed Plaintiff's Motion and the Stipulation, and finds the stipulated award to be reasonable.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), EAJA fees awarded by this court belong to the litigant and are subject to the Treasury Offset Program. 31 U.S.C. § 3716(c)(3)(B) (2006). Therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's Counsel. The amount of attorney's fees payable to Counsel will be the balance of attorney's fees remaining after subtracting the amount of Plaintiff's outstanding federal debt. If Plaintiff's outstanding federal debt exceeds the amount of attorney's fees granted, that amount will be used to offset Plaintiff's federal debt and no attorney's fees shall be paid. (*See* ECF No. 22.)

For the reasons set forth herein, after a thorough review of Plaintiff's Motion (ECF No. 22) and the Stipulation (ECF No. 23), the court **GRANTS** Plaintiff's Motion for Attorney's Fees (ECF No. 22) and **AWARDS** Plaintiff $5,400.00 in attorney's fees.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

August 8, 2018
Columbia, South Carolina